UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>          Plaintiff,<br><br>vs.<br><br>Thomas Etsitty<br><br>          Defendant. | District No.  2:03-CR-00367-LDG-PAL |

ORDER TEMPORARILY UNSEALING RECORDING

On March 23rd, 2011 this court received a CD/Tape Order form dated March 22nd, 2011 requesting a CD of the Supervised Release Hearing held on January 24th, 2011 from Ms. Nisha Brooks-Whittington, AFPD, Counsel for Mr. Thomas Etsitty, in which **a portion of the hearing is sealed.**

IT IS THE ORDER OF THE COURT that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a copy of the recording as requested by Plaintiff Counsel.

IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

IT IS FURTHER ORDERED that Plaintiff Counsel shall not disclose the sealed contents of the recording to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___ day of March, 2011

                                            _____<br>
                                            Lloyd D. George<br>
                                            United States Judge