UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THOMAS ETSITTY ) <br> ) <br> Defendant. ) | 2:03-CR-367-LDG-PAL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#34), sentencing held on August 27, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CLARK COUNTY TREASURER'S OFFICE
Amount of Restitution: $1,000.00

**Total Amount of Restitution ordered: $1,000.00**

Dated this _14_ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE